UNITED STATES of America ex rel. Paul D. O'NEILL, Appellant,

v.

Alfred T. RUNDLE, Warden, State Correctional Institution, Philadelphia, Pennsylvania.

No. 15018.

United States Court of Appeals Third ·Circuit.

Argued Feb. 9, 1965.

Decided Feb. 24, 1965.

Lewis P. Mitrano, Philadelphia, Pa., for appellant.

Gordon Gelfond, Asst. Dist. Atty., Philadelphia, Pa. (Patrick F. Casey, Asst. Dist. Atty., Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated by Judge Grim in his Opinion reported at 230 F.Supp. 323 (E.D.Pa.1964).

UNITED STATES of America ex rel. Alfred PARKER, Appellant,

v.

David N. MYERS, Superintendent, State Correctional Institution, Graterford, Pennsylvania.

No. 15137.

United States Court of Appeals Third Circuit.

Submitted Feb. 8, 1965.

Decided Feb. 24, 1965.

Alfred Parker, pro se.

Joseph M. Smith, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Pa. (Patrick F. Casey, Asst. Dist. Atty., F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated by Judge Joseph S. Lord, III in his Opinion reported at 233 F.Supp. 563 (E.D.Pa.1964).